The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 28, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 28, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re   CHIGURUPATI RAMANA | ) | Case No. 19-14814-aih |
| xxx-xx-4767 | ) | |
| | ) | Chapter 13 Proceedings |
| | ) | |
| Debtor(s) | ) | Judge Arthur I. Harris |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon The Turstee's Motion to Dismiss Case filed on scheduled for hearing on September 16, 2019. No response or opposition was filed. The Motion states good cause and is granted.

The Debtor(s) and/or the Debtor's employer(s), as well as the future income of the Debtor(s), is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor(s) prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds. The Trustee is also authorized to retain the administrative fee on funds received.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

DAVID M BENSON, Attorney for Debtor(s)
(served via ECF)

CHIGURUPATI RAMANA, Debtor(s)
1863 COTTESWORTH LANE
GATES MILLS, OH 44040


PINNACLE INTERVENTION AND VASCULAR, Employer
1 NW 64TH STREET
AttN: Payroll Garnishments
OKLAHOMA CITY,OK73116


All creditors and parties of interest
(served via ECF)

###